| | |
|---|---|
| 1 | MICHELE BECKWITH |
| 2 | Acting United States Attorney |
| | MATHEW W. PILE |
| 3 | Associate General Counsel |
| | Office of Program Litigation, Office 7 |
| 4 | JUSTIN L. MARTIN, Missouri State Bar No. 62255 |
| | Special Assistant United States Attorney |
| 5 | Office of Program Litigation, Office 7 |
| | Office of the General Counsel |
| 6 | Social Security Administration |
| 7 | 6401 Security Boulevard |
| | Baltimore, MD 21235-6401 |
| 8 | Telephone: (206) 615-3735 |
| | Email: Justin.L.Martin@ssa.gov |
| 9 | |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JUAN MARTINEZ, | CIVIL NO. 2:25-cv-01116-CSK |
| Plaintiff, | |
| v. | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge with instructions to reevaluate the medical opinions and prior administrative medical findings; reevaluate Plaintiff's residual functional capacity; as needed, continue the sequential evaluation process and obtain vocational expert evidence, if warranted;

STIPULATION TO REMAND; 2:25-cv-01116-CSK

take action to further develop the record, as necessary; and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE:  June 5, 2025

/s/ *Francesco Paulo Benavides**
FRANCESCO PAULO BENAVIDES
(* as authorized via e-mail on June 3, 2025)
Attorney for Plaintiff

MICHELE BECKWITH
Acting United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

DATE:  June 5, 2025

By: /s/ *Justin L. Martin*
JUSTIN L. MARTIN
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

DATED:  June 6, 2025

HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, mart.1116.25

STIPULATION TO REMAND; 2:25-cv-01116-CSK